IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES A. DENNIS, | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | No. 11-1660 |
| v. | : | |
| | : | THIS IS A CAPITAL CASE |
| JOHN E. WETZEL, et. al. | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this ____21st____ day of __August___, 2013, it is **ORDERED** that James Dennis' Petition for Writ of Habeas Corpus (Doc. 15) is **GRANTED** because the Commonwealth violated Petitioner's Due Process rights by withholding material impeaching evidence, in violation of Brady v. Maryland, 373 U.S. 83 (1963). Accordingly, Petitioner's conviction and sentence are **VACATED**. The Petitioner shall be released from custody unless he is retried by the Commonwealth **on or before February 18, 2014,** approximately 180 days after this order. Because I do not need a hearing in order to grant Dennis' petition, Dennis' Motion for a Hearing (Doc. 44) is **DENIED**.

__/s/ Anita B. Brody_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: